**FILED**
SEP 1 4 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:07CR193-WKW |
| v. | ) | [18 USC § 1001] |
| | ) | |
| LAURASENA GARLAND | ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about June 7, 2007, in Montgomery County, Alabama, within the Middle District of Alabama,

LAURASENA GARLAND,

defendant herein, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, an agency within the executive branch of the United States. Specifically, the defendant, in response to questions posed to her by a Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives conducting an investigation, stated that she did not own and possess a firearm on or about February 14, 2007. As the defendant knew when she made it, this statement was false. All in violation of Title 18, United States Code, Section 1001.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
JERUSHA T. ADAMS
Assistant United States Attorney