## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:07-CR-193-WKW** |
| | ) | |
| **LAURASENA GARLAND** | ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **LAURASENA GARLAND**, by and through undersigned counsel and pursuant to 18 U.S.C. § 3161(h), and respectfully requests that this Court continue this matter from the January 14, 2008 trial term to the next trial term of this Court.

In support of this motion, the Defendant would show that such continuance will serve the ends of justice, in that failure to grant a continuance would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv).

In further support, Ms. Garland would show the following:

1. The government does not oppose this Motion.

2. Additional time is required to permit the United States to review Ms. Garland's pretrial diversion request.

3. Trial preparation cannot be completed on or before the presently scheduled trial date.

**WHEREFORE**, the Defendant prays that this Motion be granted and that the trial be

continued from the January 14, 2008 trial term to the next appropriate Montgomery criminal trial term assigned to this Court.

                Respectfully submitted,

                **s/ Christine A. Freeman**
                **CHRISTINE A. FREEMAN**
                **TN BAR NO.: 11892**
                Federal Defenders
                Middle District of Alabama
                201 Monroe Street, Suite 407
                Montgomery, Alabama 36104
                TEL: (334) 834-2099
                FAX: (334) 834-0353
                E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Jerusha Adams, Esq., Assistant United States Attorney.

                **s/ Christine A. Freeman**
                **CHRISTINE A. FREEMAN**
                **TN BAR NO.: 11892**
                Federal Defenders
                Middle District of Alabama
                201 Monroe Street, Suite 407
                Montgomery, Alabama 36104
                TEL: (334) 834-2099
                FAX: (334) 834-0353
                E-Mail: Christine_Freeman@fd.org