IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
                                                )
        v                                       )        CRIMINAL ACTION NO
                                                )        2:07CR193-MEF
LAURASENA GARLAND              )

**ORDER**

The pretrial conference in this matter previously scheduled on 3/17/2008 is

RESCHEDULED to 3/14/2008, at 11:00 a.m. before the undersigned Magistrate Judge in

Courtroom 4-A.

Done this 14th day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE