# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 2:07-CR-193-WKW |
| ) | |
| LAURASENA GARLAND ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **LAURASENA GARLAND**, by and through undersigned counsel and pursuant to 18 U.S.C. § 3161(h), and respectfully requests that this Court continue this matter from the April 7, 2008 trial term to the next trial term of this Court.

In support of this motion, the Defendant would show that such continuance will serve the ends of justice, in that failure to grant a continuance would deny new counsel for the Defendant the reasonable time necessary for effective preparation.

In further support, Ms. Garland would show the following:

1.  The government does not oppose this Motion.

2.  Undersigned counsel has moved to withdraw from representation of Ms. Garland, due to a breakdown in communication and the professional relationship with Ms. Garland.

3.  Criminal Justice Act Panel attorney Jim Cooper has agreed to accept appointment to represent Ms. Garland, but has indicated that he would prefer that he have additional time to prepare for trial in this matter.

**WHEREFORE**, the Defendant prays that this Motion be granted and that the trial be continued from the April 7, 2008 trial term to the next appropriate Montgomery criminal trial term assigned to this Court.

Respectfully submitted,

**s/ Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Jerusha Adams, Esq., Assistant United States Attorney.

**s/ Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org