## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:07-CR-193-WKW** |
| | ) | |
| **LAURASENA GARLAND** | ) | |

### MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the appointed undersigned counsel for the Defendant, **LAURASENA GARLAND**, and hereby moves this Honorable Court for an Order granting her permission to withdraw from representation of the defendant.

In support of this motion, undersigned counsel would show:

1. Undersigned counsel was appointed to represent Ms. Garland in the above-styled cause.

2. Communication between counsel and Ms. Garland has broken down and the professional relationship with the defendant has deteriorated to the point that a conflict exists in continued representation.

3. Criminal Justice Act Panel attorney Jim Cooper has agreed to accept appointment in this matter, if this motion is granted.

4. A separate, **unopposed** motion to continue the April 7, 2008 trial of this matter has been filed by undersigned counsel.

**WHEREFORE**, premises considered, undersigned counsel hereby prays that this motion be granted.

Respectfully submitted,

**s/ Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Jerusha Adams, Esq., Assistant United States Attorney.

**s/ Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org