IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-193-MEF |
| | ) | (WO) |
| LAURASENA GARLAND | ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Counsel (Doc. #25) filed on March 31, 2008, it is hereby

ORDERED that the motion is GRANTED and CJA Panel attorney Jim Cooper is appointed to represent the defendant in this case..

DONE this the 2nd day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE