IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | *<br>*<br>* | |
| vs. | *<br>* | CR. NO. 2:07-cr-103-MEF<br>(WO) |
| LAURASENA GARLAND<br>    Defendants. | *<br>* | |

### NOTICE OF APPEARANCE

COMES, James R. Cooper, Jr. who gives notice that he represents Ms. Garland.

RESPECTFULLY SUBMITTED,

s/James R. Cooper, Jr. (COO021)
COOPER & COOPER
Attorney for Defendant
312 Scott Street
Montgomery, AL 36104
(334) 262-4887

### CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of May, 2008, I have served a copy of the foregoing **Notice of Appearance** upon Mr. Jerusha Adams , Asst. U.S. Attorney, P.O. Box 197, Montgomery, Alabama 36101 by electronic case filing.

s/James R. Cooper, Jr. (COO021)

cc:
Laurasena Garland
178 E. Fairview Ave
Montgomery, Al 36105