IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )        CR NO. 2:07CR193-MEF
    )
LAURASENA GARLAND    )

## ORDER

For good cause, it is

ORDERED that a Pretrial Conference is scheduled in this case on 7/17/2008 at 2:00

p. m. in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex,

Montgomery, Alabama.

The Court ORDERS the defendant to be present for this proceeding.

DONE this 15th day of July, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE