IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff, | *<br>*<br>* | |
| vs. | *<br>* | CR. NO. 2:07-cr-103-MEF<br>　　(WO) |
| LAURASENA GARLAND<br>　　Defendants. | *<br>* | |

## **LAURASENA GARLAND'S JURY AVOIR DIRE**

　　COMES, James R. Cooper, Jr. Who represents Ms. Garland, and requests that the following Jury Voir Dire be give in this case.

　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　s/James R. Cooper, Jr. (COO021)
　　　　　　　　　　　　　　　　　　　　COOPER & COOPER
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　312 Scott Street
　　　　　　　　　　　　　　　　　　　　Montgomery, AL 36104
　　　　　　　　　　　　　　　　　　　　(334) 262-4887

## **CERTIFICATE OF SERVICE**

　　I hereby certify that on this the 21st day of July, 2008, I have served a copy of the foregoing **JURY VOIR DIRE** upon Mr. Jerusha Adams , Asst. U.S. Attorney, P.O. Box 197, Montgomery, Alabama 36101 by electronic case filing.

　　　　　　　　　　　　　　　　　　　　s/James R. Cooper, Jr. (COO021)

cc:
Laurasena Garland
178 E. Fairview Ave
Montgomery, Al 36105

VOIR DIRE

1. Does any one of you belong to a group or association to which you either pay dues, or receive some sort of news letter OTHER THAN a church, school or fraternity? If so, please tell me the following:

a. the name of the group, b. its stated purpose, c. its beliefs, d. your involvement, and e. the history of your involvement.

2. Have any of you, your spouses, children or immediate family ever served as a law enforcement officer, military policeman, prison guard or in any similar job? If so tell me about that job.

3. Have any of you or your immediate family been the victims of a crime of violence?

4. Have any of you or your immediate family been the victim of a property crime?

5. Have any of you or your immediate families ever worked as an insurance adjuster, claims adjuster or in the insurance business?

6. Have any of you all ever worked for the Post Office?

7. Do any of you believe that just because one is accused of a crime, he or she MUST have done something?

8. Do any of you believe that just because one has been indicted for a crime, he or she MUST have done something?

9. Do any of you believe that the grand jury first must decide guilt or innocence before an indictment is returned ?

10. Do any of you have a bumper sticker on your case other than one with the name of a school?

11. Do any of you believe that a police officer never would misstate a conversation, either by accident or on purpose?