IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-193-MEF |
| | ) | |
| LAURASENA GARLAND | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Dismiss Indictment (Doc. #39) filed on July 30, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 31st day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE